# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR163** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **VICTOR F. MENDOZA-HERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to dismiss Count IV of the Indictment as against the Defendant, Victor F. Mendoza-Hernandez (Filing No. 37). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of Count IV of the Indictment against the above-named Defendant.

IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 37) is granted; and

2. Count IV of the Indictment is dismissed as against the Defendant, Victor F. Mendoza-Hernandez.

DATED this 29th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge