## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR163** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| **VICTOR MENDOZA-HERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 48).  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On August 21, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(3), 924(d) and Title 28, United States Code, 2461(c) based upon the Defendant's plea of guilty to Counts I through IV of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Intrac Mak 90 Sporter rifle, serial number 9457987; KBI SKS-45 rifle, serial number RH032898; Remington .22 caliber rifle, serial number 2660822, and a Glock Model 19 handgun, serial number KH408US, was forfeited to the United States.

2.  Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 23, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 29, 2010 (Filing No.47).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 48) is hereby sustained.

B.  All right, title and interest in and to the Intrac Mak 90 Sporter rifle, serial number 9457987; KBI SKS-45 rifle, serial number RH032898; Remington .22 caliber rifle, serial number 2660822, and Glock Model 19 handgun, serial number KH408US  held by any person or entity, is hereby forever barred and foreclosed.

C.  The Intrac Mak 90 Sporter rifle, serial Number 9457987; KBI SKS-45 rifle, serial number RH032898; Remington .22 caliber rifle, serial number 2660822, and a Glock Model 19 handgun, serial number KH408US, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 16th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2